**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-6005**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARVIN MAC MELVIN,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (7:02-cr-00144-BR)

—————————

Submitted: February 22, 2007                Decided: March 5, 2007

—————————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Marvin Mac Melvin, Appellant Pro Se. Clay Campbell Wheeler, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin M. Melvin appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Melvin, 7:02-cr-00144-BR (E.D.N.C. Dec. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED